**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Edward Pugh, Appellant,

v.

CB&I AREVA MOX Services, LLC and Globalpundits Technology Consultancy, LLC, Respondents.

Appellate Case No. 2017-002321

———————

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

———————

Unpublished Opinion No. 2019-UP-260
Submitted June 1, 2019 – Filed July 17, 2019

———————

**AFFIRMED**

———————

Edward Pugh, of Seneca, pro se.

Michael D. Carrouth and Benjamin Patrick James Dudek, both of Fisher & Phillips, LLP, of Columbia, for Respondents.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Kinghorn as ex rel. Mildred Ann Kinghorn Tr., dated 28 April 2004 v. Sakakini*, 426 S.C. 147, 152, 825 S.E.2d 748, 750 (Ct. App. 2019) ("It has long been the policy of the court to encourage settlement in lieu of litigation, and courts

have usually enforced settlement agreements." (quoting *Rock Smith Chevrolet, Inc. v. Smith*, 309 S.C. 91, 93, 419 S.E.2d 841, 842 (Ct. App. 1992))); Rule 43(k), SCRCP ("No agreement between counsel affecting the proceedings in an action shall be binding unless . . . reduced to writing and signed by the parties and their counsel.").

**AFFIRMED.**[1]

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.